UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES RANDALL

    v.                                                                                              CA 12-489 ML

STATE OF RHODE ISLAND
SUPERIOR COURT, et al.

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on July 16, 2012.  Plaintiff has not filed any objection, and the time for doing so has passed.  Having reviewed the Report and Recommendation, this Court agrees with Magistrate Judge Almond's analysis and conclusions.  The Court, therefore, adopts the Report and Recommendation in its entirety.

The Petition is hereby DISMISSED without prejudice.


SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
August 3, 2012